**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1979

REVEREND FRANKLIN C. REAVES, PhD; VASTENA REAVES, All other
similarly situated,

Plaintiffs - Appellants,

v.

MULLINS, CITY OF; MARION COUNTY; W. KENNETH MCDONALD,
individually and in his official capacity as Mayor; TERRY B.
STRICKLAND, individually and in his official capacity as
member of Mullins City Council; JO A. SANDERS, individually
and in her official capacity as member of Mullins City
Council; JAMES W. ARMSTRONG, individually and in his
official capacity as member of Mullins City Council;
PATRICIA A. PHILLIPS, individually and in her official
capacity as member of Mullins City Council; D. WAYNE
COLLINS, individually and in his official capacity as member
of Mullins City Council; DANIEL B. SHELLEY, JR.; GEORGE
HARDWICK, individually and in his official capacity as City
Administrator for City of Mullins; JOHN Q. ATKINSON,
individually and in his official capacity as member of
Marion County Council; ELOISE W. ROGERS, individually and in
her official capacity as member of Marion County Council;
TOM SHAW, individually and in his official capacity as
member of Marion County Council; ALLEN FLOYD, individually
and in his official capacity as member of Marion County
Council; MILTON TROY, individually and in his official
capacity as member of Marion County Council; PEARLY BRITT,
individually and in his official capacity as member of
Marion County Council; ELISTA H. SMITH, individually and in
her official capacity as member of Marion County Council;
KENT WILLIAMS, individually and in his official capacity as
Marion County Administrator; K. DONALD FLING, individually
and in his official capacity as Marion County Code
Enforcement Officer; MULLINS POLICE DEPARTMENT, CITY OF;
RUSSELL BASS, individually and in his official capacity as
Chief of Mullins Police Department; EDWIN ROGERS,

individually and in official capacity as City of Mullins Planner,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, District Judge. (4:07-cv-03559-TLW)

Submitted: March 31, 2011                    Decided: April 4, 2011

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Franklin C. Reaves and Vastena Reaves, Appellants Pro Se. Douglas Charles Baxter, RICHARDSON, PLOWDEN & ROBINSON, PA, Myrtle Beach, South Carolina; Michelle Parsons Kelley, RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South Carolina; Robert Thomas King, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants seek to appeal the district court's orders accepting the recommendation of the magistrate judge and denying relief on their civil action and denying their subsequent Fed. R. Civ. P. 59(e) motion for reconsideration. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order denying the Rule 59(e) motion was entered on the docket on December 11, 2009. The notice of appeal was filed on August 24, 2010. Appellants did not file a timely notice of appeal or obtain an extension or reopening of the appeal period. Moreover, their miscellaneous motions filed after the entry of the final order did not affect the time to file an appeal under Fed. R. Civ. P. 4(a)(4)(A). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

3

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED